Argued and submitted September 18, 2006, affirmed March 28, 2007

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JOHN WESLEY DAVIS,
*Defendant-Appellant.*

Multnomah County Circuit Court
031136033; A126088

156 P3d 93

Andy Simrin argued the cause and filed the brief for appellant.

Kaye E. McDonald argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Haselton, Presiding Judge, and Armstrong and Rosenblum, Judges.

PER CURIAM

Affirmed. *State v. Garcia,* 211 Or App 290, 154 P3d 730 (2007).